UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED MAY 28 2025
CLERK

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL NO. 25-cr-64-JWD-SDJ |
| *versus* | : | |
| | : | |
| PARIS LASHAY HAYNES | : | |

### WAIVER OF INDICTMENT

I, **PARIS LASHAY HAYNES**, the above-named defendant, charged in a Bill of Information with one (1) count theft of government funds, in violation of Title 18, United States Code, Section 1343, understand:

(a) the nature of the charge brought against me, and

(b) that I am entitled, under the Fifth Amendment of the United States Constitution, to have the charge instituted by a Grand Jury Indictment.

I voluntarily waive my right to have the charge set forth in the Bill of Information presented to a Grand Jury and agree that the proceedings may be instituted by a Bill of Information.

Dated this 22nd day of May, 2025, at Baton Rouge, Louisiana.

_____
PARIS LASHAY HAYNES
DEFENDANT

_____
MARCI BLAIZE
ATTORNEY FOR DEFENDANT