UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 25-64-JWD-SDJ |
| | : | |
| PARIS LASHAY HAYNES | : | |

## PRELIMINARY ORDER OF FORFEITURE

**WHEREAS**, on May 28, 2025, a Bill of Information (R.Doc. 1) was filed against the defendant, Paris Lashay Haynes, charging one count of wire fraud, and providing notice to the defendant that, upon conviction of the offense contained in the Bill of Information, she shall forfeit to the United States any property that constituted or was derived from proceeds traceable to the offense including a sum of money equal to the amount of proceeds traceable to the offense; and

**WHEREAS**, on June 25, 2025, at the defendant's arraignment (R.Doc. 6), she pled guilty to the wire fraud count in the Bill of Information and agreed with the factual basis read into the record; and

**WHEREAS**, the defendant also signed a plea agreement (R.Doc. 7) in which she admitted that the amount of the proceeds obtained from the offense was at least $200,000.00 and consented to the entry of a personal money judgement against her in this amount; and

**WHEREAS**, based on the defendant's guilty plea, the plea agreement, and the factual basis, the defendant was found guilty of the wire fraud count charged in the Bill of Information.

**IT IS HEREBY ORDERED** that the **United States' Motion for Entry of a Preliminary Order of Forfeiture** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that a forfeiture money judgment in the amount of $200,000.00 against the defendant and in favor of the United States is hereby entered.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Crim. P. 32.2, this forfeiture money judgment shall become the Final Order of Forfeiture at the time of the defendant's sentencing and shall be made part of the sentence and included in the Judgment.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**IT IS FURTHER ORDERED** that in accordance with the provisions of Fed. R. Crim. P. 32.2, the United States is permitted to undertake whatever discovery is necessary to identify, locate, or dispose of the property in satisfaction of the forfeiture money judgment.

Signed in Baton Rouge, Louisiana, this 27th day of June, 2025.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA